1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11   MARCUS WILSON,                         Case No. 2:24-cv-05863-CV-AJR

12               Petitioner,
                                            **ORDER ACCEPTING FINDINGS,
13         v.                               CONCLUSIONS AND
                                            RECOMMENDATIONS OF UNITED
14   RAUL MORALES, ACTING                   STATES MAGISTRATE JUDGE**
     WARDEN,[1]
15
16               Respondent.

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

18   records and files herein, the Report and Recommendation of the United States

19   Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.

20   The Court has engaged in a *de novo* review of those portions of the Report and

21   Recommendation to which Petitioner objected and does not find any need to alter or

22   modify the Report and Recommendation.  The Court accepts and adopts the

23   findings, conclusions, and recommendations of the Magistrate Judge.

24
25   \\
26   \\
27
     _____
     [1] Acting Warden Raul Morales is substituted in as Respondent pursuant to Federal Rule of
28   Civil Procedure 25(d).

1    IT IS ORDERED that Judgment be entered DENYING the Petition on the

2 merits and dismissing this action WITH PREJUDICE.

3

4

5 DATED:  01/29/2025

6    _____
     CYNTHIA VALENZUELA
7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28