JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARCUS WILSON,<br><br>            Petitioner,<br><br>v.<br><br>RAUL MORALES, ACTING WARDEN,[1]<br><br>            Respondent. | Case No. 2:24-cv-05863-CV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 01/29/2025

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[1] Acting Warden Raul Morales is substituted in as Respondent pursuant to Federal Rule of Civil Procedure 25(d).